## United States Pretrial Services
## Southern District of New York
## MEMORANDUM

**To:**       Honorable Barbara C. Moses
             United States Magistrate Judge

**From:**     Vanessa Perdomo
             United States Pretrial Services Officer

**Re:**       Ronald Arias Santos
             25-MJ-03584-UA-8

**Date:**     December 11, 2025

The attached memorandum was prepared by Pretrial Services Officer

__Vanessa Perdomo__                                         __212-805-4352__
Name                                                        Phone Number

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   Please inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom #_____ on _____ at _____.
                    Date            Time

[ ]   I request that a Bail Review Hearing be conducted by:

      [ ]   The presiding Magistrate Judge in courtroom # 5A.
      [ ]   The District Court Judge presiding in Part I.
      [ ]   Judicial Officer at his/her earliest convenience.

[X]   I direct that the U.S. Attorney's office prepare a bench warrant for my signature, for violations of conditions of release.